DAVID A. MERCHANT II
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM MAURICE SMITH,<br><br>Defendant. | Case No. MJ-15-08-BLG-CSO<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND APPOINTMENT OF CJA PANEL ATTORNEY** |
|---|---|

    **COMES NOW** Defendant WILLIAM MAURICE SMITH, by and through his attorney, DAVID A. MERCHANT II, Assistant Federal Defender, and the FEDERAL DEFENDERS OF MONTANA and moves the Court for an order allowing him to withdraw from the above-referenced case due to a conflict of interest, and for the appointment of new CJA counsel.

Undersigned counsel respectfully requests that he be allowed to withdraw and Kelly J. Varnes, CJA Panel Attorney, be appointed to represent the defendant for all further hearings.

**RESPECTFULLY SUBMITTED** this 5th day of February, 2015.

/s/ David A. Merchant II
DAVID A. MERCHANT II
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 5, 2015, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. LORI HARPER SUEK
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
      Counsel for the United States

3. WILLIAM MAURICE SMITH
      Defendant

/s/ David A. Merchant II
DAVID A. MERCHANT II
Federal Defenders of Montana
   Counsel for Defendant