FILED

FEB 0 5 2015

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM MAURICE SMITH,<br><br>Defendant. | Case No. MJ-15-08-BLG-CSO<br><br>ORDER TO WITHDRAW AS COUNSEL OF RECORD AND APPOINTMENT OF CJA PANEL ATTORNEY |
|---|---|

Upon the Motion to Withdraw and for good cause appearing,

**IT IS HEREBY ORDERED** that DAVID A. MERCHANT II and the FEDERAL DEFENDERS OF MONTANA be relieved of all legal duties to William Maurice Smith, and that new counsel be appointed as counsel of record for all further proceedings, pursuant to 18 U.S.C. 3006(a).

Further, pursuant to the Criminal Justice Act, supra, Kelly J. Varnes, CJA Panel Attorney, is appointed for all further proceedings.

The Clerk of Court is direct to notify counsel of the making of this Order.

DATED this 5th day of February, 2015.

CAROLYN S. OSTBY
U.S. MAGISTRATE COURT JUDGE