LORI HARPER SUEK
JOHN D. SULLIVAN
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:     (406) 657-6989
Email:   Lori.Suek@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

FEB 1 9 2015

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15- 15 -BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| WILLIAM MAURICE SMITH, Defendant. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II) Title 21 U.S.C. § 841(a)(1) and (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

1

| | |
|---|---|
| | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>**(Count III)**<br>Title 18 U.S.C. § 924(c)(1)(A)<br>(Penalty: Mandatory minimum five years to life imprisonment consecutive to any other term of imprisonment, $250,000 fine, and five years supervised release)<br><br>**FORFEITURE ALLEGATION**<br>Title 21 U.S.C. § 853<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

COUNT I

That beginning in the Fall of 2014, and continuing through January 30, 2015, at Billings, the Crow and Northern Cheyenne Indian Reservations, and elsewhere, in the State and District of Montana, the defendant, WILLIAM MAURICE SMITH, knowingly agreed and conspired with others, both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

2

## COUNT II

That on or about January 30, 2015 at Billings, in the State and District of Montana, the defendant, WILLIAM MAURICE SMITH, knowingly possessed, with the intent to distribute, 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about January 30, 2015, at Billings, in the State and District of Montana, the defendant, WILLIAM MAURICE SMITH, knowingly possessed a firearm, namely:

a Smith & Wesson .380 caliber semi-automatic pistol (S/N RAA7582);

a Cobra .380 caliber semi-automatic pistol (S/N GP103429); and

a Colt Lawman .357 caliber revolver (S/N J22047)

in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine as charged in Count II of the indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

//

//

//

## FORFEITURE ALLEGATION

1. The allegation contained in count III of this indictment is re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of Title 21, the defendant, WILLIAM MAURICE SMITH, shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

$6840.00 in United States currency and

Three firearms identified as:

    Smith & Wesson .380 caliber semi-automatic pistol (S/N RAA7582);

    Cobra .380 caliber semi-automatic pistol (S/N GP103429); and

    Colt Lawman .357 caliber revolver (S/N J22047).

//

//

//

//

4

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ____USMS custody____
Bail: _____

5