**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
FAX:         (406) 657-6989
Email:       Lori.Suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WILLIAM MAURICE SMITH,**<br><br>Defendant. | CR 15-15-BLG-SPW<br><br>**INFORMATION PURSUANT TO 21 U.S.C. § 851** |

Pursuant to 21 U.S.C. § 851, the United States of America, represented by Lori Harper Suek, Assistant United States Attorney for the District of Montana, notifies the Court and the defendant, WILLIAM MAURICE SMITH, of the government's intent to seek increased punishment by reason of Smith's prior felony drug convictions. Specifically, if the defendant is convicted of either

1

count I or count II of the indictment, the United States will seek to increase his potential penalty from a term of imprisonment of not less than 10 years, to a mandatory term of life imprisonment. 21 U.S.C. §§ 841(b)(1)(A) and 851(a).

The government will rely upon the following felony drug convictions:

1. Criminal Possession of Dangerous Drugs—sentencing date of March 31, 1988, in Yellowstone County, Montana.

2. Criminal Possession of Dangerous Drugs—sentencing date of January 16, 1998, in Yellowstone County, Montana.

3. Criminal Possession of Dangerous Drugs—sentencing date of December 13, 2006, in Yellowstone County, Montana.

4. Criminal Distribution of Dangerous Drugs—sentencing date of December 13, 2006, in Yellowstone County, Montana.

5. Criminal Distribution of Dangerous Drugs—sentencing date of April 2, 2007, in Big Horn County, Montana.

6. Criminal Possession of Dangerous Drugs—sentencing date of September 23, 2011, in Billings, Montana.

Each conviction is punishable by more than one year imprisonment.

DATED this 28th day of March, 2016

        MICHAEL W. COTTER
        United States Attorney

        *s/ Lori Harper Suek*
        LORI HARPER SUEK
        Assistant U. S. Attorney