RECEIVED
JUN 25 2018
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>V.<br><br>WILLIAM MAURICE SMITH,<br><br>        Defendant, | CR-15-15-BLG-SPW<br>MOTION TO RECEIVE TRANSCRIPT OF INITIAL INTERVIEW W/ CASSIDY HOLLAND NOTES/RECORDING ON 01/29/2015, TRANSCRIPT OF RECORDED INTERVIEW W/ CASSIDY HOLLAND ON 03/11/2016, TRANSCRIPT OF RECORDED INTERVIEW W/ JUSTIN RIDDLE ON 12/19/2014, TRANSCRIPT OF GRAND JURY MINUTES/ PROCEEDINGS ON 02/18/2015, AND THE BRADY/GIGLIO JENCKS ACT MATERIAL AND OR DOCUMENT'S |

    COMES NOW Defendant WILLIAM MAURICE SMITH, and moves the Court for an order to recieve the above referenced Transcripts and or Documents. This matter is currently before the court seeking Appellate review under case #. 16-30210____. MR. SMITH appears before this Honorable court petitioning for documents without pre-payment for good cause and reasoning below:

    1. Newly discovered material has developed which needs documents that are in care of plaintiff "Government" that supports the newly discovered evidence.
    2. This Newly discovered evidence will prove Mr. Smith's actual and factual innocence.

    Mr. Smith now appears before this honorable court seeking the following documents at the governments expense:

A. Transcript of initial interview with Cassidy Holland on 01/29/2015, notes and or recording.

B. Transcript of the recorded interview with Cassidy Holland on 03/11/2016.

C. Transcript of the recorded interview with Justin Riddle on 12/19/2014.

1.

D. Transcript of the Grand Jury minutes and or proceedings on 02/18/2015.

E. The Brady/Giglio and Jencks act material and or documents.

The court previously imposed an order directing Mr. Smith's counsel to provide him with a copy of the unredacted transcript of the motion to suppress hearing, additionally Mr. Smith moves the court for an order to recieve the above mentioned transcripts and or documents, and petitions the court for these documents without pre-payment pursuant to 28 U.S.C. § 753(f) where good cause exists.

WHEREFORE, Petitioner hereby respectfully moves for leave seeking an order and directives for reasons that are established herein.

Respectfully submitted this 18th day of June, 2018.

/s/ _William M. Smith_
06/18/2018, WILLIAM M. SMITH.

2.

# CERTIFICATE OF SERVICE

I, **William Smith**, hereby certify that I have served a true and correct copy of the following:

**two page letter to district court**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States District Court
2601 Second Avenue North, rm. 4209
Billings, Montana 59101

and deposited same in the United States Mail at **Florence USP-High**

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this **19** day of **June**, 20**18**.

William Smith
William Smith

