IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 15-15-BLG-SPW |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| WILLIAM MAURICE SMITH, | |
| Defendant/Movant. | |

This case comes before the Court on Defendant/Movant William Maurice Smith's motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. Smith requests a second extension of time to submit a memorandum of law in support of his § 2255 motion. The request is reasonable. To avoid need for a third motion, he will be given more time than he requested.

Accordingly, IT IS ORDERED that Smith's motion for extension of time (Doc. 160) is GRANTED. Smith may file a memorandum, limited to 20 pages, on or before **April 30, 2021.**

DATED this 5th day of February, 2021.

Susan P. Watters
United States District Court